UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>STEVEN MAURICE MARSHALL,<br><br>               Defendant. | CASE NO.  CR06-5639RBL<br><br>MINUTE ORDER |

     NOW on this 8TH day of February 2007, the Court directs the Clerk to enter the following Minute Order:

     DENYING without prejudice, the Stipulated Motion to Continue the Trial Date.   The Court does not find that the ends of justice are met with this request.
Cause  CR06-5638RBL  USA v. Marshall will trail the trial now in progress and will have a start date of Tuesday February 20, 2007 at 9:00 am.

     The foregoing Minute Order entered by _____s/Jean Boring_____, Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1